IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MATTHEW PIETRAS,                )
                                )
        Plaintiff,               )
                                )
v.                              )   Civil Action No. 3:23-cv-706–HEH
                                )
STAGEZERO LIFE SCIENCES, INC.,  )
                                )
        Defendant.               )

**MEMORANDUM ORDER**
(Granting Plaintiff's Motion for Attorneys' Fees)

THIS MATTER is before the Court on Plaintiff Matthew Pietras' ("Plaintiff") Motion for an Award of Attorneys' Fees and Costs and for Lifting of the Automatic Stay (the "Motion," ECF No. 18), filed on January 25, 2024. On December 8, 2023, the Clerk entered default against Defendant StageZero Life Science, Inc. ("Defendant"). (ECF No. 11.) On January 11, 2024, this Court granted Plaintiff's Motion for Default Judgment (ECF No. 12) and entered Default Judgment against Defendant in the amount of $113,088.51. (Order at 1, ECF No. 15.) Plaintiff now seeks attorneys' fees and costs pursuant to the Virginia Wage Payment Act ("VWPA"), Va. Code Ann. § 40.1-29, *et seq.*, and Federal Rule of Civil Procedure 54(d)(2). (Mem. in Supp. at 1–3, ECF No. 19.) Defendant failed to respond to Plaintiff's Motion.

Under the VWPA, if the Court determines that Defendant "knowingly failed to pay wages to an employee . . . the [C]ourt shall award the employee . . . reasonable attorney fees and costs." VA. CODE ANN. § 40.1-29(J). The Court previously determined that Defendant

knowingly failed to pay Plaintiff wages, and, therefore, Plaintiff is entitled to reasonable attorneys' fees and costs. (Order at 1 n.1.)

Upon due consideration of Plaintiff's Motion and accompanying memorandum; Melehy & Associates' Schedule of Attorneys' Fees (ECF No. 19-1); The Kaplan Law Firm's Schedule of Attorneys' Fees (ECF No. 19-2); Declaration of Omar Vincent Melehy (ECF No. 19-3); Declaration of Matthew B. Kaplan (ECF No. 19-4); Declaration of Nicholas Woodfield (ECF No. 19-5); Declaration of Paul Falabella (ECF No. 19-6); and Melehy & Associates' Record of Costs (ECF No. 19-7), the Motion (ECF No. 18) is GRANTED. JUDGMENT is hereby entered in favor of Plaintiff, and against Defendant in the amount of $30,673.23 for attorneys' fees and costs.

Additionally, Plaintiff requests that the automatic thirty (30) day stay be lifted. *See* FED. R. CIV. P. 62(a). The Court previously found it appropriate to dissolve the automatic stay in this case due to the risk that the Defendant's assets will be dissipated if the automatic stay is not dissolved. (Mem. Order at 2, ECF No. 16.) For the reasons set forth in this Court's January 12, 2024 Memorandum Order, the Court ORDERS that the thirty (30) day automatic stay is hereby dissolved, and Plaintiff may proceed immediately with enforcement of the Judgment. (*See id.* at 1–3.)

The Clerk is DIRECTED to send a copy of this Memorandum Order to all counsel of record and to Defendant at the address listed on the Summons (ECF No. 9).

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: June 5, 2024
Richmond, Virginia

2